BETSY L. ZIERLIER *v.* JOSEPH N. ZIERLIER
[No. 44, January Term, 1938.]

*Decided March 10th, 1938.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Philander B. Briscoe* and *Nathan J. Felsenberg,* with whom were *Briscoe & Jones* on the brief, for the appellant.

*Foster H. Fanseen,* with whom were *Milton I. Vogelhut* and *Henry M. Siegel* on the brief, for the appellee.

URNER, J., delivered the opinion of the Court.